In the Matter of the Petition of the BROOKLYN BAR ASSOCIATION and the QUEENS COUNTY BAR ASSOCIATION for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— The designation of Mortimer W. Byers and Meier Steinbrink, counselors at law, by the Brooklyn Bar Association, is approved by the presiding justice, and the presiding

justice accordingly appoints said Mortimer W. Byers and Meier Steinbrink to prosecute in this court the disciplinary proceedings to be taken against the attorneys named in the first intermediate report of Mr. Justice Leander B. Faber. Order signed.